**William WAGNER, Respondent,**

v.

**CITY OF MARYLAND HEIGHTS, Appellant.**

**No. ED 101742**

Missouri Court of Appeals, Eastern District, *DIVISION FOUR.*

Filed: March 10, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied April 20, 2015

Application for Transfer Denied June 30, 2015

Michael J. Schaller, Suite 400 Pennsylvania Building, 217 N. 10th Street, St. Louis, Missouri 63101, for appellant.

James J. Sievers, 8131 Manchester Road, Brentwood, MO 63144, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

*ORDER*

PER CURIAM

' City of Maryland Heights ("Appellant") appeals from a judgment of the Missouri Labor and Industrial Relations Commission ("the Commission") finding that William Wagner ("Respondent") had sustained a thirty percent permanent partial disability of his low back and ten percent permanent partial disability of the body as a whole referable to psychiatric disability, and finding Appellant liable for $132,002.60 in past medical expenses. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).